IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER MILES,

    Plaintiff,

v.                                                    4:23cv532–WS/MAF

CASH AMERICA PAWN SHOP,
et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 13) docketed March 5, 2024. The magistrate judge recommends that Plaintiff's amended complaint be dismissed as an impermissible shotgun pleading and for failure to comply with court orders. Plaintiff has filed objections (ECF No. 16) to the report and recommendation.

Upon review of the record in light of Plaintiff's objections, the undersigned has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 13) is adopted and incorporated by reference in this order of the court.

2. Plaintiff's amended complaint is hereby DISMISSED without prejudice as a shotgun pleading and for failure to comply with court orders.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this   30th   day of   March  , 2024.

                            s/ William Stafford
                            WILLIAM STAFFORD
                            SENIOR UNITED STATES DISTRICT JUDGE